Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 SW Birch St., Suite 200 Newport Beach, CA 92660
Office: (949) 200-8755 Fax: (866) 843-8308
ADAPracticeGroup@manninglawoffice.com

Attorneys for Plaintiff:
ANTHONY BOUYER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CFC PROPERTIES, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-03782-VAP-MAA<br><br>Hon. Virginia A. Phillips<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: April 24, 2020<br>Trial Date: None Set |

NOTICE OF SETTLEMENT

1

Please take notice that Plaintiff, ANTHONY BOUYER and Defendant, CFC PROPERTIES, LLC, by and through their counsel of record, have reached a settlement and are presently drafting, finalizing, and executing the formal settlement documents. The appropriate motions and/or stipulation of dismissal will be promptly filed upon execution of a final settlement agreement.

## CERTIFICATE OF SERVICE

I certify that on July 27, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

Respectfully submitted,

Dated: July 27, 2020              **MANNING LAW, APC**

By:   */s/ Joseph R. Manning, Jr. Esq.*
      Joseph R. Manning, Jr., Esq.
      Attorneys for Plaintiff
      Anthony Bouyer