JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| ANTHONY BOUYER,<br><br>      Plaintiff,<br><br>v.<br><br>CFC PROPERTIES, et al.,<br><br>      Defendants. | Case No. CV 20-03782-VAP (MAAx)<br><br>**ORDER OF DISMISSAL** |

The Court having been advised by counsel for the parties that the above-entitled action has settled,

IT IS ORDERED that this action be, and hereby is, dismissed in its entirety without prejudice.

THE COURT will retain jurisdiction for a period of sixty (60) days to enforce the terms of the settlement. All pending dates are hereby vacated.

Dated: July 29, 2020

_____
VIRGINIA A. PHILLIPS
United States District Judge